# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
|     KENNETH BRUEL | ) | CASE NO. 12-91710 |
| | ) | JUDGE GERALD D. FINES |
|         Debtor. | ) | CHAPTER 13 |
| | ) | |

## DEBTOR'S MOTION FOR MORATORIUM ON CHAPTER 13 PLAN PAYMENTS

KENNETH BRUEL, Debtor in the above-referenced Chapter 13 Bankruptcy case ("Debtor"), by and through their attorneys, Dodd & Maatuka, move the Court to grant a moratorium and to suspend the Debtor's requirement to pay Chapter 13 Plan payments for the months of June, July and August 2017, and in support of their motion the Debtor states that:

1. The Debtor filed a petition in bankruptcy under Chapter 13 of the Bankruptcy Code on May 18, 2010.

2. The Debtor is current with his plan payments and is current with his payments to creditors made outside the plan.

3. Due to Debtor Kenneth Bruel's loss of employment income, Debtor will be unable to make his Chapter 13 Plan payments.

THEREFORE, Debtor filed this motion and request that notice be given, and if objection is filed, a hearing be held. Debtor further respectfully requests that this Court grant the Debtor's motion for a moratorium and suspend the necessity of making the required Chapter 13 Plan payments for three months, at which time the Debtors shall resume payment.

DATED: August 10, 2017

Respectfully submitted,
KENNETH BRUEL, Debtor.

DODD & MAATUKA

By: /s/ Kyle J. Emkes
    Kyle John Emkes - 6303247
    Dodd & Maatuka
    303 S. Mattis, Ste. 201
    Champaign, IL 61821
    Tel. (217) 356-9500
    Fax (217) 355-1358
    Email: kjemkes@doddlaw.net

**CERTIFICATE OF SERVICE**

The undersigned, an attorney licensed to practice in the State of Illinois, hereby certifies that a copy of the foregoing instrument was served by first class mail to the following parties, on August 10, 2017:

| | |
|---|---|
| Marsha L. Combs-Skinner | Office of Nancy J. Gargula |
| Chapter 13 Standing Trustee | U.S. Trustee |
| PO Box 349 | 401 Main Street #100 |
| Newman, IL 61942 | Peoria, IL 61602 |

By: /s/ Kyle J. Emkes
Kyle John Emkes - 6303247
Dodd & Maatuka
303 S. Mattis, Ste. 201
Champaign, IL 61821
Tel. (217) 356-9500
Fax (217) 355-1358
Email: kjemkes@doddlaw.net