Form ntchrgBK

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* Kenneth W Bruehl
*Debtor(s)*

*Case No.:* 12−91710
*Chapter* 13

---

**PLEASE TAKE NOTICE** that a Hearing will be held at

U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

on 8/30/17 at 10:00 AM

to consider and act upon the following:

Debtor's Motion for Moratorium on Chapter 13 Plan Payments [Doc #67] and any objection thereto.

Dated: 8/10/17

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court


Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.