Form ntchrgBK

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:*  Kenneth W Bruehl
*Debtor(s)*

*Case No.:* 12–91710
*Chapter* 13

**PLEASE TAKE NOTICE** that a Hearing will be held at

U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

on 8/30/17 at 10:00 AM

to consider and act upon the following:

Debtor's Motion for Moratorium on Chapter 13 Plan Payments [Doc #67] and any objection thereto.

Dated: 8/10/17

  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

```
United States Bankruptcy Court
Central District of Illinois
```

In re:                                                              Case No. 12-91710-tlp
Kenneth W Bruehl                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0753-2          User: mste              Page 1 of 2          Date Rcvd: Aug 10, 2017
                              Form ID: ntchrgBK       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
```
db              +Kenneth W Bruehl,    328 CR 2800 N,    Fisher, IL 61843-9798
6034564         +Business Service Burea,    2427 S Macarthur Blvd,    Springfield, IL 62704-4505
6034566         +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
6034568         +East Central Radiology Association,    P.O. Box 1177,    Bedford Park, IL 60499-1177
6034570         +Gibson Area Ambulance Services,    1120 N. Melvin,    Gibson City, IL 60936-1477
6098948         +HICKSGAS,   C/O MIDWEST CREDIT & COLLECTION INC,    PO BOX 445,    DECATUR IL 62525-0445
6034572         +MCCI,   P.O. Box 445,   Decatur, IL 62525-0445
6034574         +Mortgage Service Cente,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
6034577         +Provena,   1643 Lewis Avenue,    Suite 203,    Billings, MT 59102-4151
6034578         +Provena Coventant Medical Center,    2666 Momentum Place,    Chicago, IL 60689-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6034563         +E-mail/Text: abcrecoveryinc@aol.com Aug 10 2017 19:39:10     Abc Credit & Recovery,
                  4736 Main St Apt #,    Lisle, IL 60532-1753
6099639          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2017 19:40:18
                  American InfoSource LP as agent for,    Presence Health,    PO Box 248838,
                  Oklahoma City, OK   73124-8838
6093017          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2017 19:34:49
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
                  Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
6034565         +E-mail/Text: kjsolutionsinc@yahoo.com Aug 10 2017 19:39:12     Ce Office,    P O Box 98,
                  Ogden, IL 61859-0098
6034567         +E-mail/Text: brnotices@christieclinic.com Aug 10 2017 19:39:04     Christie Clinic Association,
                  101 W. University,    Champaign, IL 61820-3981
6077882          E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2017 19:34:48     GE Capital Retail Bank,
                  Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
6034569         +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2017 19:35:00     Ge Capital Credit Card,
                  Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
6034571         +E-mail/Text: bankruptcy@hraccounts.com Aug 10 2017 19:38:52     H & R Accounts Inc,
                  7017 John Deere Pkwy,    Moline, IL 61265-8072
6179018          E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 10 2017 19:39:11     JEFFERSON CAPITAL SYSTEMS LLC,
                  PO BOX 7999,   ST CLOUD MN 56302
6034573         +E-mail/Text: mwilkey@midstatecollections.com Aug 10 2017 19:39:15     Midstate Collection So,
                  P O Box 3292,    Champaign, IL 61826-3292
6034575         +E-mail/Text: bankruptcydepartment@tsico.com Aug 10 2017 19:39:25     Nco Fin/55,
                  Attn: Compliance Dept,    507 Prudential Rd,    Horsham, PA 19044-2308
6095084          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2017 19:58:23
                  Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
6034579         +E-mail/Text: Collections@uiecu.org Aug 10 2017 19:38:56     U Of I Employees Cu,
                  2201 South First St.,    Champaign, IL 61820-7402
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,
                  ST CLOUD, MN   56302-9617)
6034576         ##+Oac,   Po Box 371100,    Milwaukee, WI 53237-2200
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                              Signature:  /s/Joseph Speetjens

Certificate of Notice    Page 3 of 3

```
District/off: 0753-2          User: mste              Page 2 of 2              Date Rcvd: Aug 10, 2017
                              Form ID: ntchrgBK       Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              Kyle J Emkes    on behalf of Debtor Kenneth W Bruehl kjemkes@doddlaw.net,
               slseitz@doddlaw.net;r55855@notify.bestcase.com
              Marsha L Combs-Skinner     Trusteecs@Danville13.com,
               marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com,
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                           TOTAL: 3
```